**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACOB BAILEY, | ) NO. CV 12-2855-DOC (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| M.D. BITER, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition As Second Or Successive And Denying A Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED: April 6, 2012.

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE